SUSAN FUTIA *v.* CHARLES FUTIA
(7047)

SPALLONE, O'CONNELL and FOTI, Js.

Argued March 15—decision released March 22, 1989

*Charles R. Futia,* pro se, the appellant (defendant).

*Robert P. Cardone,* for the appellee (plaintiff).

PER CURIAM. Our review of the record, transcripts and briefs, and our analysis of those claims of error properly before us fail to disclose any abuse of the broad discretion that the trial court employs in deciding family relations matters.

There is no error.